IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-05021-02-CR-SW-P |
| ) | |
| BRITTANY J. ADCOCK, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced on May 10, 2022 to 120 months imprisonment following a guilty plea for conspiring to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) & 846. Under 18 U.S.C. § 3582(c)(2), a court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023, the Sentencing Commission promulgated Amendment 821, which, in relevant part, allows for a reduction in offense level for certain offenders who lack criminal history points at the time of sentencing. USSG § 4C1.1. Amendment 821 also downgraded the number of criminal history points a defendant receives when the defendant commits the instant offense while under a criminal justice sentence. USSG § 4A1.1(e). In the present case, § 4C1.1 does not apply to Defendant, as she received criminal history points at the time of sentencing. (PSR ¶¶ 35-37). Second, while application of § 4A1.1(e) would reduce Defendant's criminal history score from six to four, this modification does not impact Defendant's criminal history or

guidelines range under the Sentencing Commission's Sentencing Table. *See* USSG Ch. 5, Part A. Finally, Defendant's sentence is already at the minimum permitted by statute. 21 U.S.C. § 841(a)(1), (b)(1)(A). Defendant's Motion to Reduce Sentence is, therefore, **DENIED**.

**IT IS SO ORDERED**.

DATED: April 23, 2024                     */s/ Douglas Harpool*
                                                   **DOUGLAS HARPOOL**
                                                   **UNITED STATES DISTRICT JUDGE**